# UNITED STATES DISTRICT COURT

**EASTERN**   DISTRICT OF   CALI**FILED**

────────────────────────────oOo────────────────

OCT – 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

SENNETT SWIFT

4800 Westlake Parkway, #809
Sacramento, California

## CRIMINAL COMPLAINT

CASE NUMBER:

**2: 0 7 – MJ – 0 3 0 6**   JFM

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. In or about July of 2007 and continuing through on or about September 27, 2007, in **Sacramento** County, in the Eastern District of California, and elsewhere, defendant did,

► commit bank fraud, by knowingly executing, and attempting to execute, a scheme or artifice to defraud a financial institution and obtain monies, funds credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, by means of false or fraudulent pretenses, representations, and promises; and
► commit money laundering, by knowingly engaging and attempting to engage in a monetary transaction in criminally derived property of a value greater than $10,000 that is derived from specified unlawful activity;

in violation of Title **18**, United States Code, Sections 1344 and 1957. I further state that I am a special agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

►   **See attached affidavit,**

Continued on the attached sheet and made a part of this complaint:   **X**

John Sommercamp

Sworn to before me, and signed in my presence
October 4, 2007                          at   Sacramento, California

Date                                          City and State

Kimberly J. Mueller John F. Moulds 87M
United States Magistrate Judge

Name of Judge                          Signature of Judge

## AFFIDAVIT

I, John Sommercamp, being duly sworn, depose and state the following information:

I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Sacramento Division. I have been employed as an agent with the FBI for the last nine years. As part of my duties and responsibilities, I investigate violations of the laws of the United States of America, including wire fraud, mail fraud, bank fraud, money laundering, and other financial crimes. I have participated in over 250 criminal investigations. I base this affidavit on my own investigation and on findings provided to me by Internal Revenue Service, Criminal Division Special Agent, Chris Fitzpatrick and the California Department of Real Estate. I have not included every fact known to me, rather, only those facts necessary to establish probable cause.

I am currently investigating a mortgage fraud case. The case involves the investigation of a violation of bank fraud of a federally insured financial institution, specifically Title 18, U.S.C. Section 1344. This statute makes it a crime to knowingly execute, or attempt to execute, a scheme or artifice to defraud a financial institution or obtain any monies, funds credits, assets, securities, or other property

1

owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises. This case also involved the investigation of engaging in monetary transactions in property derived from specified unlawful activity, specifically, Title 18, U.S.C. Section 1957. This statute makes it a crime to knowingly engage or attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 that is derived from specified unlawful activity. The investigation is detailed below.

In summary, the investigation revealed that Sennett Swift submitted a loan application with forged documents to World Savings on behalf of Frances D., without her knowledge and consent, in order to obtain funding so he could collect a loan broker commission. Sennett Swift is believed to be employed as a loan officer with First Liberty Financial located in Sacramento. According to documents, Swift is also working under a business known as Empire City Funding Group, LLC, and is holding himself out as a licensed broker under California Department of Real Estate (DRE) Broker License number 0294006. This number is not on file with DRE, nor is Empire City Funding Group, LLC, listed as any type of legal entity with the California Secretary of State.

The address he is using for this business is his home address. Swift does not maintain any licenses with the DRE.

It was Swift's intention to target individuals who wanted to refinance their homes and who had a pre-payment penalty on their existing loans. Swift falsely represented to the victims that his company would pay their prepayment penalties if the victims refinanced with him. This was the case with Frances D. In or about July 2007, Swift engaged in a series of telephone conversations with victim Frances D. and her son, Brian D. to discuss refinancing her home for the amount of $907,000. The loan was to be funded through World Savings, a financial institution which is a member of the Federal Deposit Insurance Corporation.

Swift created a document on Empire City Funding Group letterhead, with a return address of 4800 Westlake Parkway, Sacramento, California, 95835. This is Swift's home address. The letter was addressed to Frances D. at 1065 South Hudson Avenue, Los Angeles, California, 90019, and references a "buyback policy" and final loan disclosure statement. The letter also states that, "...in regards to your prepayment penalty through Select Portfolio Servicing in the amount of $28,984, you will be receiving a certified check in the mail from there [sic] department within 30 days

3

of close of escrow."  This letter was created by Swift for the purpose of deceiving Frances D.  Swift never had any intention of having any company pay Frances D. a check in any amount.  The amount of $28,984 would actually be paid to Swift as his loan broker commission payment.

I am also in possession of a consensually monitored telephone call between Swift and a cooperating witness.  In the tape, Swift states that "...they will find out about the forgery in five years."  He also informs the cooperating witness that he has "cut and pasted" the letter.

Swift also deceived Frances D. by telling her that her interest rate and monthly payment would remain the same, even though she was refinancing with a 5 year adjustable rate mortgage.  In the same letter mentioned above, Swift informs Frances D. that Empire City Funding Group has an interest rate and payment guarantee policy.  The letter states that if the rate should climb higher than the original quote, then Empire City Funding Group, LLC, will assume full responsibility for the loan and buy it back. Swift originally quoted Frances D. a rate of 1.95% for the first year, with a monthly payment of $2,906.  The cap would be set at five years at 5.5% with a monthly payment of $4,300.  Swift knew that the rate and payment for this loan

1

2 would probably climb higher than 5.5% and that the monthly
3 payment would probably exceed $8,000 per month. In the tape
4
5 recording Swift mentions that "...they don't know that their
6 payment will change after five years."

7        Swift emailed the cooperating witness and requested the
8 person's assistance in handling the loan for Frances D.
9 Swift asks the witness to telephonically contact Brian D.,
10 the son of Frances D., and claim that he is John Wittingham,
11
12 Vice President of Sales for the west coast region of World
13 Savings Mortgage Division. He asked the witness to convince
14 Brian D. that the rates will not exceed 5.5% and the payment
15 will not go over $4,300 per month. Swift goes on to tell
16 the witness that he is to claim to have worked for Swift for
17
18 the past seven years and has processed over 1,500 customers
19 that are very satisfied, all of which is untrue.

20        To   further   support   the   scheme,   Swift   tells   the
21 cooperating witness that he is going to obtain a new fax
22 number so any documents would go directly to him instead of
23 World Savings, so that "things won't go to the wrong place."
24
25 Swift also mentions that he will call the mortgage company
26 handling the loan and impersonate Frances D. by indicating
27 that the name should have been Frankie D. In the recording,
28 Swift also mentions that he would be using a fake notary,

5
Affidavit of Special Agent John Sommercamp, Jr.
In Support of an Arrest Warrant

1

2     stamp, and seal on the closing documents.

3         I have reviewed a copy of a check payable to Swift from
4
5     Set2Go Loans, Inc.  The check is Swift's commission on the
6     loan, which totals $22,410.20, paid on October 2, 2007.  The
7     check is payable to Fortune City Funding, care of Sennett H.
8     Swift, 4800 Westlake Parkway #809, Sacramento, California.

9         On  October  3,  2007,  IRS-CI  SA  Fitzpatrick  and  I
10
      interviewed Brian D. He indicated that he had spoken with
11
      Sennett Swift in August of 2007 regarding the refinance of
12
13    the property at 1065 South Hudson Avenue, Los Angeles,
14    California.  Swift informed Brian D. that his business,
15    Empire City Funding, would guarantee the rate and payment on
16    the loan and would buy-back the loan if the rate climbed
17
      above  5%.   After  Brian  D.  became  concerned  with  the
18
19    legitimacy of Swift's loan, Brian D. had his mother sign,
20    and send to Swift, papers to cancel the loan in September
21    2007.  Swift never honored the cancellation as requested by
22    Frances D.  During an interview with Milestone Escrow, Inc.,
23    employee Teresa Gutierrez, she informed SA Fitzpatrick that
24
      the loan was funded and the escrow closed on September 27,
25
26    2007.

27        I also believe that Swift is a flight risk.   In the
28    recorded conversation, Swift tells the cooperating witness

6
Affidavit of Special Agent John Sommercamp, Jr.
In Support of an Arrest Warrant

that he will turn around and leave California once the deal is completed. Swift also states that he just needs a month or two so that he can be a new person. Swift states that he will be on the next flight to Detroit or out of the country.

On September 20, 2007, I reviewed the California Law Enforcement Telecommunications System and it listed Sennett Swift as a white male, with a date of birth of February 21, 1982, with brown hair and brown eyes. He is listed as 6'6" tall and weighs 200 pounds. His home address was listed as 4800 Westlake Parkway, #809, Sacramento, California, 95835. I also reviewed records with Sacramento Metropolitan Utility District (SMUD), which indicated that Swift began service at the above listed address in June 2007.

Based on the above information, I have probable cause to believe that Sennett Swift committed Bank Fraud, under Title 18, U.S.C. Section 1344, by submitting a loan application on behalf of Frances D. without her knowledge and consent. I also believe that Swift submitted forged documents to World Savings. Swift knowingly attempted or attempted to execute a scheme or artifice to defraud a financial institution; or obtained money under the control of a financial institution, by means of false or fraudulent pretenses, by falsifying loan documents, and misusing notary

7

1

2  stamps.  I also have probable cause to believe that Sennett

3  Swift engaged in monetary transactions in property derived

4
   from specified unlawful activity, specifically, Title 18,
5

6  U.S.C. Section 1957.  Swift knowingly engaged or attempted

7  to engage in a monetary transaction in criminally derived

8  property of a value greater than $10,000 and was derived

9  from specified unlawful activity.

10
    ///
11
    ///
12

13  ///

14  ///

15  ///

16  ///

17
    ///
18

19  ///

20  ///

21  ///

22  ///

23
    ///
24
    ///
25

26  ///

27  ///

28  ///

2  Specifically, Swift caused the escrow company wire a payoff
3  of France D.'s existing loan in an amount of approximately
4
   $907,000 with Select Portfolio Servicing.
5
6      I swear under the penalty of perjury that the foregoing
7  is true and correct to the best of my knowledge, information
8  and belief.
9
10
   John Sommercamp
11      Special Agent
        Federal Bureau of Investigation
12
13
14
15  Subscribed and sworn to before me this _4th_ day of October
16  2007.
17
18  Kimberly J. Mueller  John F. Moolds
    U.S. Magistrate Judge
19
20
21
22  Approved as to form:
23                          10.4.07
24  Matthew Stegman
    Assistant United States Attorney
25
26
27
28

9
Affidavit of Special Agent John Sommercamp, Jr.
In Support of an Arrest Warrant