1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   CASE NOS. 07-MJ-306 JFM and
                                      )   CRS-08-001 LKK
12                   Plaintiff,       )
                                      )   STIPULATION AND ORDER TO
13 v.                                 )   CONTINUE PRELIMINARY HEARING TO
                                      )   JANUARY 18, 2008
14 SENNETT H. SWIFT,                  )
                                      )
15                   Defendant.       )
                                      )
16                                    )
                                      )
17 _____)

18                            STIPULATION

19      The preliminary hearing in this matter is currently scheduled for

20 January 4, 2008, at 2:00 p.m., before the Honorable Gregory G.

21 Hollows.

22      Emmett Mahle, counsel for defendant Swift, and I are jointly

23 requesting that the above matter be continued to January 18, 2008, at

24 2:00 p.m.  The government has received a signed plea agreement from

25 the defendant, and has filed an information.  The case has been

26 assigned to the Honorable Lawrence K. Karlton.  A court appearance for

27 waiver of indictment, arraignment, is being scheduled for January 15,

28 2008.  All parties hereby agree and stipulate to a continuance of the

                                   1

1  preliminary hearing to January 18, 2008, at 2:00 p.m., in the

2  courtroom of the Honorable Gregory G. Hollows.

3      The defendant agrees to waive time for a speedy preliminary

4  hearing under Rule 5.1 and both parties request an exclusion of time

5  under the Speedy Trial Act under local code T-4 for preparation of

6  counsel to January 18, 2008.

7

8  DATED: January 2, 2008          /s/ C. Emmett Mahle
                                   C. EMMETT MAHLE
9                                  Attorney for Defendant
                                   SENNETT H. SWIFT
10

11

12 DATED: January 2, 2008          /s/ Matthew Stegman
                                   MATTHEW STEGMAN
13                                 Assistant United States Attorney

14

15                         ORDER

16     GOOD CAUSE APPEARING, and by stipulation of counsel, the hearing

17 scheduled for January 4, 2008, at 2:00 p.m., is hereby continued to

18 January 18, 2008, at 2:00 p.m., in the courtroom of the Honorable

19 Gregory G. Hollows.  The defendant waives time for preliminary hearing

20 to January 18, 2008, and time is excluded through that date pursuant

21 to Local Code T-4 for preparation of counsel.

22 DATED: 1/7/08                    /s/ Gregory G. Hollows
                                   U.S. Magistrate Judge
23 swift.ord

24

25

26

27

28

                              2