Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Sennett H. SWIFT |
| **Docket Number:** | 2:08CR00001-01 |
| **Offender Address:** | Rocklin, California |
| **Judicial Officer:** | Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/29/2008 |
| **Original Offense:** | 18 USC 1344 - Bank Fraud (CLASS B FELONY); 18 USC 1957 - Engaging in Monetary Transactions Derived from Criminal Proceeds (CLASS D FELONY) |
| **Original Sentence:** | 15 months custody Bureau of Prisons; 36 months Supervised Release; $38,843.53 restitution; $200 special assessment |
| **Special Conditions:** | Search; Financial disclosure/restrictions; Correctional treatment, testing, and co-payment; Mental health treatment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/05/2008 |
| **Assistant U.S. Attorney:** | Matthew Stegman        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | C. Emmett Mahle<br>Appointed        **Telephone:** (916) 447-1646 |
| **Other Court Action:** | None |

**RE:     Sennett H. SWIFT**
        **Docket Number:  2:08CR00001-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

   8.   The defendant shall participate in a cognitive behavioral treatment program
        as directed by the probation officer.

**Justification:**   On April 26, 2010, I contacted the releasee in reference to financial information he reported on his Monthly Supervision Report.  Specifically, the releasee reported repayment of personal loans to his parents, an expense ordinarily not considered as deductible from his disposable income when financial obligations, including restitution, remain as active conditions of supervision. During contact with the releasee, I learned he had been fired from his last reported place of employment.  The releasee failed to report his change in employment (being fired) to the probation officer as required by Standard Condition Number 6.

The releasee has experienced extreme difficulty in either obtaining or maintaining employment since his release from federal custody on November 5, 2008.  Despite employment resources, programs, and admonishments, the releasee has failed to be lawfully employed, in violation of Standard Condition Number 5 of his release conditions.  His recurring explanation for his failing to acquire employment is his desire to pass up entry-level jobs and seek opportunities in marketing, sales, commission-based positions, or management positions.  These positions are often filled with incumbents, and are rarely offered to offenders with convictions similar to the releasee's.

A number of sanctions have been considered, including a special condition substituting community service while unemployed.  However, the releasee owes significant restitution and has made very few payments towards this obligation due to his long periods of unemployment.

A condition requiring the releasee to participate in a cognitive behavioral treatment program as directed by the probation officer is considered to be an effective alternative to other sanctions, such as revocation.  This condition will allow the releasee to participate in a program, Moral Reconation

**RE:** **Sennett H. SWIFT**
**Docket Number:  2:08CR00001-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therapy (MRT), designed towards self-improvement, goal setting, and leading a productive life. This officer believes the releasee will benefit from this program, and that the sentencing needs as set forth in 18 USC 3553 will be met by providing the releasee with correctional treatment in the most effective manner, and taking into consideration the seriousness of the underlying offense, along with the nature and circumstances of the present violation conduct.

The proposed modification has been discussed with the releasee, and he has documented his concurrence by signing the Prob 49 - Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE**
**Senior United States Probation Officer**
Telephone:  (916) 786-2357

**DATED:**    May 6, 2010
              Roseville, California
              MAS:cd


**REVIEWED BY:**    /s/ Terence E. Sherbondy
                   **TERENCE E. SHERBONDY**
                   **Supervising United States Probation Officer**

RE:     Sennett H. SWIFT
        Docket Number:  2:08CR00001-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(✔)   Modification approved as recommended.

( )   Modification not approved at this time.  Probation Officer to contact Court.

( )   Other:

May 11, 2010
**Date**                                              **Signature of Judicial Officer**

cc:   United States Probation
      Matthew Stegman, Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File